**Max Liebling and Sol Liebling, Petitioners-Appellees, v. Carl Fradine, Building Inspector of City of Rockford, and City of Rockford, Respondents-Appellants.**

Gen. No. 10,824.

Second District.

July 22, 1955.

Released for publication August 11, 1955.

Angelo Gaziano, Laverne Anderson, and Welsh & Welsh, for respondents-appellants; R. T. Welsh, of counsel; Jerome J. Downey, and John T. Beynon, for petitioners-appellees. Opinion by JUSTICE DOVE. Not to be published in full.